**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**ELAHE KABIRI,**

  *Petitioner*,

**v.**                                               **Case No. 5:26-CV-2854-JKP**

**BOBBY THOMPSON, et al.,**

  *Respondents.*

### ORDER GRANTING SUBSTITUTION
### AND ADDRESSING OTHER MOTIONS

Before the Court are three motions: Petitioner's Motion for Extension of Time (ECF No. 7), Petitioner's Motion for Leave to File Reply Out of Time (ECF No.8), and Petitioner's Agreed Motion to Substitute Counsel (ECF No. 11). Respondents have filed no response to any motion and Petitioner has filed a reply (ECF No. 9) to the response (ECF No. 6) to the petition. The Court **GRANTS** the motion for leave to file reply out of time, **ACCEPTS** the reply as timely, and **MOOTS** the motion for extension of time.

With respect to the agreed motion, Petitioner seeks permission to substitute Joseph Ward of Bruno Law Group, PLLC to appear as attorney of record in place of present counsel, Stephen R. Ramirez. Having fully reviewed the motion, the Court **GRANTS** it and **ORDERS** that Stephen R. Ramirez is hereby withdrawn as counsel of record for Petitioner. **It further DIRECTS the Clerk of Court to terminate all ECF/CM notices in this case to that individual**.

The Court also **ORDERS** that Joseph Ward (State Bar 24090460) of Bruno Law Group, PLLC is substituted as counsel of record for Petitioner. **Using the information provided with the instant motion, the Clerk of Court shall add the new attorney as an attorney of record on the docket of this case**.

**IT IS SO ORDERED this 11th day of June 2026.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**